IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GEORGE FINLEY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV181 |
| | ) | |
| v. | ) | |
| | ) | |
| THE BURLINGTON NORTHERN | ) | ORDER |
| SANTA FE RAILWAY COMPANY, | ) | |
| (Individually and as | ) | |
| Successor-in-Interest to the | ) | |
| Burlington Northern, Inc., | ) | |
| Chicago Burlington & Quincy | ) | |
| Railroad Company; Burlington | ) | |
| Northern, Inc., and | ) | |
| Burlington Northern Railroad | ) | |
| Company), | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's notice of related action (Filing No. 8). The Court notes a conditional transfer order has been filed by the United States Judicial Panel on Multidistrict Litigation. Accordingly,

IT IS ORDERED that plaintiff's notice of related action is denied as moot.

DATED this 14th day of May, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court