Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 2 8 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 9 2008

FILED
CLERK'S OFFICE

IN RE ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

8:08cv181

## CONDITIONAL TRANSFER ORDER (CTO-308)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,910 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
08 JUN -2 PM 1: 36
OFFICE OF THE CLERK

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                                   MDL No. 875

### SCHEDULE CTO-308 - TAG-ALONG ACTIONS

**DIST. DIV.   C.A. #**         **CASE CAPTION**

CALIFORNIA CENTRAL
  CAC  2  08-2505           William Love, et al. v. Crane Co., et al.

MARYLAND
  MD  1  08-968             Joseph D. Beam, Sr. v. John Crane-Houdaille, Inc., et al.

NORTH CAROLINA MIDDLE
  NCM  1  08-259            Reginald A. Dent v. CBS Corp., et al.

NORTH CAROLINA WESTERN
  NCW  1  08-146            Kenneth S. Crouse, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-150            Michael R. Gantt, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-162            Paul Dennis Wright, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-171            Carl Edgar Isenhour, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-172            Daniel O. Long, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-173            Bentha Turner Barrett v. Aqua-Chem, Inc., et al.
  NCW  1  08-176            Charles L. Grier, Sr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-178            Wendy S. Cosner, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  08-180            John C. Cowan, et al. v. Aqua-Chem, Inc., et al.

NEBRASKA
  NE  8  08-181             George Finley v. Burlington Northern & Santa Fe Railway Co.

SOUTH CAROLINA
  SC  0  08-1156            Charles Otis Latta, et al. v. Aqua-Chem, Inc., et al.
  SC  0  08-1595            James H. Millwood, Jr., et al. v. Aqua-Chem, Inc., et al.
  SC  0  08-1629            John Daniel Sipe, et al. v. Aqua-Chem, Inc., et al.
  SC  6  08-1633            Tobe Sizemore, Jr., et al. v. Aqua-Chem, Inc., et al.
  SC  7  08-1138            Joseph D. Chasteen, et al. v. Aqua-Chem, Inc., et al.
  SC  7  08-1148            Terry W. Huffstickler, et al. v. Aqua-Chem, Inc., et al.
  SC  8  08-1136            Thomas M. Anders, et al. v. Aqua-Chem, Inc., et al.
  SC  8  08-1157            Mark D. Shepherd, et al. v. Aqua-Chem, Inc., et al.
  SC  8  08-1625            Robert Lee Locklair, et al. v. Aqua-Chem, Inc., et al.
  SC  8  08-1635            Stephen M. Thompson, et al. v. Aqua-Chem, Inc., et al.
  SC  8  08-1637            Kendrick Ray Nix v. Aqua-Chem, Inc., et al.

TEXAS SOUTHERN
  TXS  4  08-464            Charles William Horner, et al. v. Lockheed Martin Corp., et al.

WASHINGTON WESTERN
  WAW  2  08-441            John Donovan, etc. v. C.H. Murphy/Clark-Ullman, Inc., et al.

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                         MDL No. 875

INVOLVED COUNSEL LIST (CTO-308)

Richard Damon Albert
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

Gary E. Alfred
BEIRNE MAYNARD & PARSONS
1300 Post Oak Blvd., 25th Floor
Houston, TX 77056

Jeffrey S. Alley
WINDLE HOOD ALLEY NORTON
BRITTAIN & JAY LLC
Chase Tower
201 East Main Drive, Suite 1350
El Paso, TX 79901

Robert D. Arredondo
MANNING GOSDA
& ARRENDONDO
5847 San Felipe, Suite 1500
Houston, TX 77057

Darryl E. Atkinson
BROWN MCCARROLL
111 Congress Avenue
Suite 1400
Austin, TX 78701-4043

Edward C. Bacon
BACON THORNTON & PALMER
Capital Office Park
6411 Ivy Lane, Suite 706
Greenbelt, MD 20770-1411

Matthew P. Bergman
BERGMAN & FROCKT
614 First Avenue, 4th Floor
Seattle, WA 98104

Thomas P. Bernier
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
One North Charles Street
Suite 2500
Baltimore, MD 21201

Richard C. Binzley
THOMPSON HINE LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114

Janet W. Black
WARD BLACK PA
208 West Wendover Avenue
Greensboro, NC 27401-1307

Robert E. Boone, III
BRYAN CAVE LLP
120 Broadway
Suite 300
Santa Monica, CA 90401

Nathaniel A. Bosio
DOGAN WILKINSON KINARD
SMITH & EDWARDS PLLC
P.O. Box 1618
734 Delmas Avenue
Pascagoula, MS 39567

John J. Boyd, Jr.
LORD & WHIP PA
Charles Center South
36 South Charles Street
10th Floor
Baltimore, MD 21201

Malcolm S. Brisker
GOODELL DEVRIES LEECH
& DANN LLP
One South Street
Alex Brown Building, 20th Floor
Baltimore, MD 21202

Edward J. Cass
GALLAGHER SHARP FULTON
& NORMAN
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

Adam M. Chud
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001

Chad Russell Cotten
BARON & BUDD
3102 Oak Lawn Ave, Ste 1100
Dallas, TX 75219-4281

Robert Terrell Croyle
WOMBLE COTELLESSE & HOWELL
1814 Memorial Drive
Houston, TX 77007

David A. Damico
BURNS WHITE & HICKTON LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

William Pearce Davis
BAKER RAVENEL & BENDER
P.O. Box 8057
Columbia, SC 29202

James R. Dennis
411 Heimer Road
San Antonio, TX 78232

A. Christopher Derden
ADAMS & REESE LLP
1221 McKinney
One Houston Center, Suite 4400
Houston, TX 77010

Thomas L. Doran
DECARO DORAN SICILIANO
GALLAGHER ET AL
4601 Forbes Boulevard
Suite 200
P.O. Box 40
Lanham, MD 20703

George C. Doub, Jr.
GEORGE C DOUB PC
One South Street, 23rd Floor
Baltimore, MD 21201

Katherine S. Duyer
GAVETT & DATT PC
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855

## MDL No. 875 - Involved Counsel List (Continued)

Gary D. Elliston
DEHAY & ELLISTON LLP
3500 Bank of America Plaza
901 Main Street
Dallas, TX 75202-3736

David Herring Estes
HARTLINE DACUS BARGER
DREYER & KERN LLP
6688 N. Central Expressway
Suite 1000
Dallas, TX 75206

Richard L. Flax
LAW OFFICES OF
RICHARD L FLAX LLC
29 West Susquehanna Avenue
Suite 500
Baltimore, MD 21201

Raymond P. Forceno
FORCENO GOGGIN & KELLER
1528 Walnut Street
Suite 900
Philadelphia, PA 19102

Ellen B. Furman
GOLDFEIN & HOSMER
1600 Market Street
33rd Floor
Philadelphia, PA 19103

Ronald C. Gardner
GARDNER BOND TRABOLSI
2200 6th Avenue
Suite 600
Seattle, WA 98121

Louis E. Grenzer, Jr.
BODIE NAGLE DOLINA SMITH
& HOBBS PA
21 W. Susquehanna Avenue
Towson, MD 21204

Susan M. Hansen
BROWNSON & BALLOU
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402

Anthony C. Hayes
NELSON MULLINS RILEY
& SCARBOROUGH LLP
P.O. Box 11070
Columbia, SC 29211-1070

Edward R. Hugo
BRYDON HUGO & PARKER
135 Main Street
20th Floor
San Francisco, CA 94105

Thomas P. Kelly
LAW OFFICES OF
PETER G ANGELOS PC
One Charles Center
100 North Charles Street
22nd Floor
Baltimore, MD 21201-3804

James G. Kennedy
PIERCE HERNS SLOAN & MCLEOD
The Blake House
321 East Bay Street
P.O. Box 22437
Charleston, SC 29413

John A. Koepke
JACKSON WALKER LLP
901 Main Street
Ste. 6000
Dallas, TX 75202

Reginald S. Kramer
OLDHAM & DOWLING
195 South Main Street
Suite 300
Akron, OH 44308-1314

Philip A. Kulinski
EVERT WEATHERSBY HOUFF
120 E. Baltimore Street
Suite 1300
Baltimore, MD 21201

John Andrew LaBoon
SEGAL MCCAMBRIDGE SINGER
& MAHONEY LTD
100 Congress Ave.
Suite 700
Austin, TX 78701

David C. Landin
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Gene Locks
LOCKS LAW FIRM LLC
1500 Walnut Street
Philadelphia, PA 19102

F. Ford Loker, Jr.
MILES & STOCKBRIDGE
10 Light Street
Baltimore, MD 21202

Steven Andrew Luxton
MORGAN LEWIS & BOCKIUS
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Neil J. MacDonald
HARTEL KANE DESANTIS
MACDONALD & HOWIE LLP
Calverton Office Park
11720 Beltsville Drive
Suite 500
Beltsville, MD 20705-3166

Stephen S. McCloskey
SEMMES BOWEN & SEMMES
250 West Pratt Street
16th Floor
Baltimore, MD 21202

Moffatt Grier McDonald
HAYNSWORTH SINKLER BOYD PA
P.O. Box 2048
Greenville, SC 29602

Ronald L. Motley
MOTLEY RICE LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

J. Michael Myers
BALL & WEED
10001 Reunion Place
Suite 600
San Antonio, TX 78216

## MDL No. 875 - Involved Counsel List (Continued)

John J. Nagle, III
BODIE NAGLE DOLINA SMITH
& HOBBS PA
21 W. Susquehanna Avenue
Towson, MD 21204

Joel D. Newport
MOORE & JACKSON LLC
305 Washington Avenue
Suite 401
Baltimore, MD 21204

Robert L. Norton
JONES & GRANGER
10000 Memorial Drive
Suite 888
P.O. Box 4340
Houston, TX 77210-4340

David Arthur Oliver, Jr.
PORTER & HEDGES LLP
1000 Main Street
36th Floor
Houston, TX 77002-6336

Michael R. Osborn
BRASSEL BALDWIN KAGAN
& MAY PA
112 West Street
Annapolis, MD 21401

Steven J. Parrott
DEHAY & ELLISTON LLP
36 S. Charles Street
13th Floor
Baltimore, MD 21201

Carl E. Pierce, II
PIERCE HERNS SLOAN & MCLEOD
P.O. Box 22437
Charleston, SC 29413

Elizabeth Pipkin
MCMANIS FAULKNER & MORGAN
50 West San Fernando Street
Suite 1000, 10th Floor
San Jose, CA 95113

John J. Repcheck
MARKS O'NEILL O'BRIEN
& COURTNEY PC
Gulf Tower, Suite 2600
707 Grant Street
Pittsburgh, PA 15219

Theodore F. Roberts
VENABLE LLP
210 Allegheny Avenue
Towson, MD 21285-5517

Deborah L. Robinson
ROBINSON WOOLSON PA
217 E. Redwood Street
Suite 1500
Baltimore, MD 21202

John D. Roven
ROVEN-KAPLAN LLP
2190 North Loop West
Suite 410
Houston, TX 77018

John Griggs Sams
BROWN DEAN WISEMAN
PROCTOR HART & HOWELL
306 W. 7th Street
Suite 200
Fort Worth, TX 76102

Richard D. Schuster
VORYS SATER SEYMOUR
& PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Neil Selman
SELMAN BREITMAN & BURGESS
11766 Wilshire Boulevard
Sixth Floor
Los Angeles, CA 90025

E. Terry Sibbernsen
SIBBERNSEN & STRIGENZ PC
1111 North 102nd Court
Suite 330
Omaha, NE 68114

Michele Yennie Smith
MEHAFFY & WEBER PC
2615 Calder
Suite 800
P.O. Box 16
Beaumont, TX 77701

Patrick C. Smith
POWERS & FROST LLP
Nottingham Center
502 Washington Ave
Suite 200
Towson, MD 2120

Robert N. Spinelli
KELLEY JASONS MCGUIRE
& SPINELLI LLP
Centre Square West
15th Floor
Philadelphia, PA 19102

Robert E. Swickle
JAQUES ADMIRALTY LAW FIRM
1370 Penobscot Building
645 Griwsold Street
The Maritime Asbestosis Legal Clinic
Detroit, MI 48226-4192

Jennifer M. Techman
EVERT WEATHERSBY & HOUFF
3405 Piedmont Road, N.E.
Suite 200
Atlanta, GA 30305

Robert E. Thackston
HAWKINS PARNELL
& THACKSTON LLP
4514 Cole Avenue
Suite 550
Dallas, TX 75205

Andrew J. Trevelise
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Keith R. Truffer
ROYSTON MUELLER MCLEAN
& REID
102 W. Pennsylvania Avenue
Suite 600
Towson, MD 21204

James L. Walker
JACKSON & WALKER
112 East Pecan Street
Suite 2100
San Antonio, TX 78205-1521

## MDL No. 875 - Involved Counsel List (Continued)

Mona Lisa Wallace
WALLACE & GRAHAM PA
525 North Main Street
Salisbury, NC 28144

Warren N. Weaver
WHITEFORD TAYLOR & PRESTON LLP
Seven Saint Paul Street
Suite 1400
Baltimore, MD 21202-1626

James K. Weston, II
TOM RILEY LAW FIRM
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406

Dawn M. Wright
THOMPSON & KNIGHT LLP
1700 Pacific Ave.
Suite 3300
Dallas, TX 75201

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                    MDL No. 875

## INVOLVED JUDGES LIST (CTO-308)

Hon. Gary Feess
U.S. District Judge
Edward R. Roybal Federal Building
& U.S. Courthouse, Suite 730
255 East Temple Street
Los Angeles, CA 90012-3332

Hon. William D. Quarles, Jr.
United States District Judge
3A Edward A. Garmatz Fed. Bldg.
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

Hon. William L. Osteen, Sr.
Senior U.S. District Judge
U.S. District Court
P.O. Box 3485
Greensboro, NC 27402-3485

Hon. Lacy H. Thornburg
U.S. District Judge
200 U.S. Courthouse
100 Otis Street
Asheville, NC 28801-2611

Hon. Lyle E. Strom
Senior U.S. District Judge
3190 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. David C. Norton
Chief, U.S. District Judge
U.S. District Court
P.O. Box 835
Charleston, SC 29402

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002-2600

Hon. Robert S. Lasnik
Chief Judge, U.S. District Court
15128 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                              MDL No. 875

## INVOLVED CLERKS LIST (CTO-308)

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

John Brubaker, Clerk
P.O. Box 2708
Greensboro, NC 27402-2708

Frank G. Johns, Clerk
309 U.S. Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, NC 28801

Denise Lucks, Clerk
1152 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Larry W. Propes, Clerk
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Larry W. Propes, Clerk
P.O. Box 10768
Greenville, SC 29603-0768

Larry W. Propes, Clerk
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Larry W. Propes, Clerk
P.O. Box 10768
Greenville, SC 29603-0768

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Bruce Rifkin, Clerk
U.S. Courthouse, Lobby Level
700 Stewart Street
Seattle, WA 98101