Inasmuch as no objection is pending at this time, the stay is lifted.

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 9 2008

FILED
CLERK'S OFFICE

IN RE ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

8:08cv181

MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-308)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,910 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY
ATTEST

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 6-3-08
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

### SCHEDULE CTO-308 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC 2 08-2505 | William Love, et al. v. Crane Co., et al. |
| **MARYLAND** | |
| MD 1 08-968 | Joseph D. Beam, Sr. v. John Crane-Houdaille, Inc., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 08-259 | Reginald A. Dent v. CBS Corp., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 08-146 | Kenneth S. Crouse, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-150 | Michael R. Gantt, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-162 | Paul Dennis Wright, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-171 | Carl Edgar Isenhour, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-172 | Daniel O. Long, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-173 | Bentha Turner Barrett v. Aqua-Chem, Inc., et al. |
| NCW 1 08-176 | Charles L. Grier, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-178 | Wendy S. Cosner, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-180 | John C. Cowan, et al. v. Aqua-Chem, Inc., et al. |
| **NEBRASKA** | |
| NE 8 08-181 | George Finley v. Burlington Northern & Santa Fe Railway Co. |
| **SOUTH CAROLINA** | |
| SC 0 08-1156 | Charles Otis Latta, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-1595 | James H. Millwood, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-1629 | John Daniel Sipe, et al. v. Aqua-Chem, Inc., et al. |
| SC 6 08-1633 | Tobe Sizemore, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC 7 08-1138 | Joseph D. Chasteen, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 08-1148 | Terry W. Huffstickler, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-1136 | Thomas M. Anders, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-1157 | Mark D. Shepherd, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-1625 | Robert Lee Locklair, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-1635 | Stephen M. Thompson, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 08-1637 | Kendrick Ray Nix v. Aqua-Chem, Inc., et al. |
| **TEXAS SOUTHERN** | |
| TXS 4 08-464 | Charles William Horner, et al. v. Lockheed Martin Corp., et al. |
| **WASHINGTON WESTERN** | |
| WAW 2 08-441 | John Donovan, etc. v. C.H. Murphy/Clark-Ullman, Inc., et al. |